2002-4

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

MORGAN OTTMANN, Individually and )
On Behalf of All Other Similarly Situated, )  Case No. 2:18-CV-368-DEJ
                 Plaintiff, )
        v. )          CLASS ACTION COMPLAINT
                       )
NATIONWIDE CREDIT, INC., )    Honorable Judge David E. Jones
          Defendant. )

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above action, through

their respective attorneys, all matters in controversy have been settled and that said parties agree to

the voluntary dismissal of this action with prejudice and without costs and each party to bear its

own attorney's fees.

_____, 2019

/s/ Mark A. Eldridge *(with consent)*
Attorney for Plaintiff
Mark A. Eldridge
Ademi & O'Reilly LLP
3620 E. Layton Avenue
Cudahy, WI 53110
414-282-8000
414-482-8001 fax
Email: bslatky@ademilaw.com

/s/ James V. Noonan
Attorney for Defendant
James V. Noonan #1101863
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois 60603
312-431-1455
312-431-1455 fax
Email: jnoonan@noonanandlieberman.com

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | | |
|---|---|---|
| MORGAN OTTMANN, Individually and On Behalf of All Other Similarly Situated, | ) ) | Case No. 2:18-CV-368-DEJ |
| Plaintiff, | ) | |
| v. | ) | CLASS ACTION COMPLAINT |
| | ) | |
| NATIONWIDE CREDIT, INC., | ) | Honorable Judge David E. Jones |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2019, true and correct copies of the foregoing STIPULATION TO DISMISS was served by electronic filing with the clerk of the Court (ECF) on all parties or their attorneys appearing in this matter.

NOONAN & LIEBERMAN, LTD.

/s/ James V. Noonan
James V. Noonan (#1101863)
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois 60603
Telephone:     312-431-1455
Facsimile:     312-431-1456
Email: jnoonan@noonanandlieberman.com

**Attorneys for Nationwide Credit, Inc.**